**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02261-REB-CBS

CHERI GABRIEL,

    Plaintiff,

v.

COLORADO MOUNTAIN MEDICAL, P.C., and
DR. BROOKS BOCK,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **Defendants' Motion For Summary Judgment** [#28][2] filed June 2, 2014. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard IV.B.1.

    Dated: June 2, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.