**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02261-REB-CBS

CHERI GABRIEL,

    Plaintiff,

v.

COLORADO MOUNTAIN MEDICAL, P.C., and
DR. BROOKS BOCK,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on **Defendants' Motion For Summary Judgment** [#31][2] filed June 2, 2014. The motion is **STRICKEN**. A portion of the motion is single spaced, in violation of D.C.COLO.LCivR 10.1(e), and the document is not in Arial 12-point font, as required by REB Civ. Practice Standard II.E.1. Counsel is advised to read and conform their submissions to *all* of this court's practice standards and the local rules of this district before filing further motions in this case.

    In addition, the court notes that the dispositive motion deadline was June 2, 2014. Therefore, defendants will be required to seek leave of court to file any subsequent, compliant motion for summary judgment.

    Dated: June 3, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.