**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02261-REB-CBS

CHERI GABRIEL,

    Plaintiff,

v.

COLORADO MOUNTAIN MEDICAL, P.C., and
DR. BROOKS BOCK,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court on **Defendants' Unopposed Motion For Leave To File Compliant Motion For Summary Judgment** [#34][2] filed June 3, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants' Unopposed Motion For Leave To File Compliant Motion For Summary Judgment** [#34] filed June 3, 2014, is **GRANTED**; and

2. That defendants shall re-file their motion for summary judgment and the exhibits thereto as soon as practicable.

Dated: June 4, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.