**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-02261-REB-CBS

CHERI GABRIEL,

      Plaintiff,

v.

COLORADO MOUNTAIN MEDICAL, P.C., and
DR. BROOKS BOCK,

      Defendants.

---

**ORDER DISMISSING ALL CLAIMS EXCEPT THE CLAIM FOR
AN FMLA INTERFERENCE**

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion To Dismiss Certain Claims** [#32][1] filed June 3, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted, and that all claims asserted by the plaintiff against the defendants, with the exception of the FMLA interference claim, should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion To Dismiss Certain Claims** [#32] filed June 3, 2014, is **GRANTED**; and

      2.  That all claims asserted by the plaintiff against the defendants, with the

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

exception of the FMLA interference claim, are **DISMISSED WITH PREJUDICE** with

parties to pay its own attorney fees and costs.

Dated June 4, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge