# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02261-REB-CBS

CHERI GABRIEL

    Plaintiff

v.

COLORADO MOUNTAIN MEDICAL, P.C., AND
DR. BROOKS BOCK

    Defendant

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Defendants' Motion to Reconsider** [#54] of Judge Robert E. Blackburn entered on December 23, 2014 it is

ORDERED that plaintiff's claim for interference with her right to reinstatement following FMLA leave in violation of 29 U.S.C. § 2615(a)(1) is **DISMISSED WITH PREJUDICE**. It is

  FURTHER ORDERED that Judgment with prejudice is entered on behalf of defendants, Colorado Mountain Medical, P.C., and Dr. Brooks Bock, and against plaintiff, Cheri Gabriel, on plaintiff's claim for interference with her right to reinstatement following FMLA leave in violation of 29 U.S.C. § 2615(a)(1).  It is

FURTHER ORDERED that in accordance with the **Order Dismissing All Claims Except the Claim for an FMLA Interference** [#36], filed June 4, 2014 that judgment

with prejudice is also entered on behalf of defendants, Colorado Mountain Medical, P.C., and Dr. Brooks Bock, and against plaintiff, Cheri Gabriel, on all other claims previously asserted in this lawsuit. It is

FURTHER ORDERED that defendants are **AWARDED** their costs, to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 23rd day of November, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Lowe

A. Lowe
Deputy Clerk